```
___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
              COUNSEL/PARTIES OF RECORD

          SEP 1 5 2015

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )   Case No. 2:14-mj-555-CWH
                              )
     vs.                      )   **ORDER QUASHING WARRANT**
                              )
JUAN CEJA-NEGRETE,            )
                              )
          Defendant.          )
_____)

The defendant having contacted the Court,

**IT IS HEREBY ORDERED** that the Warrant for the defendant's arrest issued on December 23, 2014, is **QUASHED**.

**IT IS FURTHER ORDERED** that an Initial Appearance Hearing is scheduled for **Tuesday, October 13, 2015, at 8:30 a.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.** If the defendant fails to appear for the initial appearance hearing, the Court will immediately reissue a warrant for the defendant's arrest.

DATED this 15th day of September, 2015.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge